Case 2:12-cv-09061-GW-RZ   Document 14   Filed 12/05/12   Page 1 of 1   Page ID #:255

*REMAND/MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9061-GW(RZx) | Date | December 5, 2012 |
|---|---|---|---|
| Title | *Maria Spirock, et al. v. Wells Fargo Bank, N.A., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

    On November 16, 2012, The Court issued an Order to Show Cause re Subject Matter Jurisdiction and gave Plaintiffs until Wednesday, December 5, 2012, to respond.

    Wells Fargo's has failed to respond to the Order to Show Cause and pursuant to the Order issued on November 16, 2012, the above-entitled action is remanded to the Los Angeles County Superior Court for the State of California (BC491832).

 

|  | : |
|---|---|
| Initials of Preparer | JG |

CV-90 (06/04)    **CIVIL MINUTES - GENERAL**    Page 1 of 1